IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDY HAISTEN and DAVID HAISTEN | Nos. 16-cr-461-1, 2 |

## ORDER

**AND NOW**, this 2nd day of February 2021, after consideration of Defendants Judy and David Haisten's *pro se* Joint Motion to Vacate Convictions under 28 U.S.C. § 2255, (ECF No. 135), the Government's Response, (ECF No. 140), and the Haistens' Reply, (ECF No. 144), it is **ORDERED** that the Motion is **DENIED** and a certificate of appealability **SHALL NOT** issue.

BY THE COURT:

_____
GERALD J. PAPPERT, J.

1